Case 5:15-cv-00213   Document 32   Filed in TXSD on 03/01/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS CANALES | § | |
| Plaintiff | § | |
| | § | CASE NUMBER 5:15-cv-213 |
| V. | § | JURY |
| | § | |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |
| Defendant | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court after having considered Plaintiff Jesus Canales' and Defendant Allstate Texas Lloyds' Joint Agreed Stipulation of Dismissal With Prejudice, is of the opinion that it should be GRANTED and the case is dismissed with prejudice.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs. IT IS SO ORDERED.

SIGNED and ORDERED this 1st day of March, 2017.

JUDGE PRESIDING
Diana Saldaña